# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3496
LT Case No. 2018-CF-000605-A

———————————————

BRAD ELLCEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Brad Ellcey, Crawfordville, pro se.

No Appearance for Appellee.

January 22, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____